UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PAUL LEEMON CLARK, | ) | CASE NO. C08-0449-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 1983 ACTION |
| | ) | |
| SCOTT SCHMIDT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this action are DISMISSED for failure to state a claim upon which relief can be granted. Plaintiff's application for leave to proceed *in forma pauperis* is DENIED as moot; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 22nd day of April, 2008.

Marsha J. Pechman
U.S. District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1